# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-5295
_____

MARKUS QUIN BISHOP, Husband,

Appellant,

v.

FANY ZULINDA ROJAS, Wife,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
Timothy C. Campbell, Judge.

December 5, 2018

PER CURIAM.

AFFIRMED.

LEWIS, RAY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

William E. Corley, III, Panama City, for Appellant.

No appearance for Appellee.